**Sparkle THOMPSON, Plaintiff–Appellant,**

v.

**Carolyn W. COLVIN, Acting Commissioner of Social Security, Defendant–Appellee.**

No. 13–2374.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2014.

Decided: July 30, 2014.

David J. Cortes, Roberti, Wittenberg, Lauffer, Wicker & Cinski, Durham, North Carolina, for Appellant. Anne M. Tompkins, United States Attorney, Charlotte, North Carolina; Lucy A. Bezdek, Special Assistant United States Attorney, Boston, Massachusetts, for Appellee.

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sparkle Thompson appeals the district court's order adopting the magistrate judge's memorandum and recommendation and upholding the Commissioner's denial of Thompson's application for disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Thompson v. Colvin,* No. 3:12–cv–00399–GCM–DCK, 2013 WL 4854418 (W.D.N.C. filed Sept. 10, 2013; entered Sept. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*